JOSEPHINE CARLISI et al., Appellants, *v.* HAROLD I. COLE et al., Respondents.

Argued October 11, 1955; decided November 23, 1955.

 

*Joseph J. Lombardo* and *Francis M. Verrilli* for appellants.

*Joseph Fennelly, William S. O'Connor* and *Gregory A. Lee* for Harold I. Cole and another, respondents.

*Joseph Kane* and *Alexander Orr* for William Kuhnle, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of WINSTON F. C. GUEST, Appellant. BESSEMER TRUST COMPANY, as Cotrustee under an Indenture of Trust Made by WINSTON F. C. GUEST, Respondent; JAMES J. McDONOUGH, as Special Guardian for Infants, Respondent.

Argued October 18, 1955; decided November 23, 1955.

